

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-28-1997

# Township of Center v. First Mercury

Precedential or Non-Precedential:

Docket 96-3290

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"Township of Center v. First Mercury" (1997). *1997 Decisions*. Paper 174.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/174

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 96-3290

TOWNSHIP OF CENTER, BUTLER COUNTY,
PENNSYLVANIA; DEAN E. SCHWEINSBERG; and
DEBRA J. OESTERLING,

Appellants

v.

FIRST MERCURY SYNDICATE, INC.

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 95-cv-00837)

Before: BECKER and ROTH, <u>Circuit Judges</u>
and ORLOFSKY,1 <u>District Judge</u>

**ORDER AMENDING OPINION**

IT IS ORDERED that the slip opinion in the above case,
filed June 26, 1997, be amended as follows:

The sentence on page 7, lines 15-17, of the slip opinion
is amended to read:

_____

1. Honorable Stephen M. Orlofksy, United States District Judge for the
District of New Jersey, sitting by designation.

"Accordingly, it is irrelevant whether the plaintiffs, the allegedly injured parties here, were insureds of First Mercury at the time of the wrongful act."

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: July 28, 1997

A True Copy:
Teste:

<u>Clerk of the United States Court of Appeals</u>
<u>for the Third Circuit</u>